PROVIDED TO CHARLO. CORRECTIONAL INSTITUTION ON 9-11-23 FOR MAILING BY [signature]

Earl Peedies
Plaintiff
-vs-
Lt. Brown / Capt. Chavarria
Seargent Finnigan
Correctional Officer Johnson
Defendant

Order To Show Cause For An Preliminary Injunction & A Temporary Restraining Order

Civil Action No: 2:23CV737SPC-KCO

## EMERGENCY INJUNCTION

(1) On September 5, 2023. The staff in E-Dormitory continue to create a hostile enviroment and willingly and knowingly falsify Documents.

(2) The superviser of the E-Dormitory Duty is to ensure all rules and regulations are followed in accord with Rule 33-208.002 (12) No Employee shall falsify reports or Records (19) No Employee shall knowingly submit inaccurate or untruthful information for or on any Department of Corrections record, report document...

(3) The E-Dormitory Quad(3) will show at lunch while trays were being passed into the cellfront food flap in [E-Two #3112] Both trays hit the cell floor, due to the inmate orderly dropping my tray and my cellmate Demarcus Johnson # N61436.

(4). The camera will further show evidence to support the allegation herein; The trays fell into my cell # 3112, and all my meals contents were scattered all over—

(1)

the cell floor. as i picked the food up dumping the contents on the floor outside my cell i was written a report for (management meal) for (seven days) without just cause, in violation of the 8th amendment

The falsified statement goes, i was throwing food and truth this was food that fell on the floor then the officer-in-charge, seargent Flannigan falsified a report and placed me on management meal.

(5) In disregard to (33-601800 (F) Diet and Meals-)° All inmates in CM shall receive the same institutional meals that are available to inmates in general, population except that if any item on the regular menu would create a security problem in CM, then another item of comparable quality shall be substituted. An alternative meal (special management meal) may be provided for any inmate in CM who uses food or food service equipment in a manner that is hazardous to himself or herself, staff, or other inmates. (The issuance of a special management meal will be in strict accordance with rule 33-602.223, F.A.C. Any deviation from established meal service is to be documented by security staff on form DC6-229).

(6) Then on september 6, 2023 C.O. Johnson officer Johnson willingly and knowingly falsified documents by stating on the report, he was present at lunch time, when the incident took place referring to september 5, 2023 at lunch time.

where he claimed he was present during

(2)

(5) the Lunch meal on (sept 5, 2023). The Audio security system, and video recording will show that point (1) THAT c.o. Johnson was present during the time of the incident, in total disregard for 33-208.002 (12)-(19) he falsified a report to the E.Dormitory Superviser B. Fiannagan on (special management meal Report 9/4/23 - Time 11:35 (AM) reported by Sgt. R. Fiannagan - 9/4/23 Time: 12:00 (PM) approved by Capt. Chavarria.

(6) The superviser B. Fiannagan and Capt. Chavarria Never Followed proper protocal and willingly and knowingly falsified the (special management meal Report).
    The video footage was reviewed and confirmed the action.

(7) The video footage will show that c.o. Johnson was Not present on sept 5, 2023 it will further show the orderly dropped both trays on my cell floor, I was cleaning the food off my floor, throwing the spilled food on the floor outside my flap.
    The statement made, I threw food after I got the second tray, @ video footage this was a lie due too the orderly will be seen closing my food slot on E:Dormitory Quad (3)

(8) The audio security system, will hear me telling orderly, i'm getting food off the floor, i never threw anything at the orderly.

(3)

If the security video footage; in E-Dormitory Quad-Two is reviewed it will show No food got on Anyone at All, the staff at (Charlotte Correctional Institution) Falsifying Audio recording And video footage —

(9). When report are written for disciplinary Action Therefore the (video footage) on the E-Three Quad (3) camera recording system will show that the report (of special management meal Report). And the spanish runner/orderly is screaming food got on him; the camera will show the orderly was in front of cellfront #3111. And No food got on him, As proclaimed by the orderly. (Note: see camera video footage on september 4, 2023) None of this even took place on that date. it will show Nothing got on the False whistle blower.

(10) On sept 4, 2023. (Capt Chavarria) signed the special Management Meal Report on 9/4/23 / At 12:00 (PM.) The E-Dormitory Quad (3) video footage will show that the Dorm supervisor sgt. R Fiannagan Never properly reviewed the camera, the video footage will clearly reveal, the E-Dormitory orderly threw our trays on the ground And the (Audio recording system) will exspose the conversation between me and the orderly where i told him (NO) food got on him I was cleaning food off the floor.

(11) The (O.I.C. Capt. Chavarria) Never followed the proper protocol by investigating the incident

(4)

before he approved the (special Management Meal Report).

The camera video footage will show C.O.1 Johnson was not present when the incident took place, 9/4/23/when anything took place. It is clear, Officer Johnson and Sgt. Flannagan, my constitutional rights under the eight amendments that prohibits cruel and unusal punishment also protects your rights to safe and humane conditions—.

(12) The (special management meal) is being utilized as a weapon of torture.
With the knowledge of the E-Dorm Lt. Brown/ capt. Chavarria/ Sgt. Flannagan/ C.O.1 Johnson/.
The constant harrassment threats, showering me with abusive homosexual gestures deragotory language the same staff C.O.1 Johnson daily comes into E-Dormitory with "sucking penis" from the month of August until september toward me, it's very unproffesional behavior for a correctional officer to perform in such a manner with the O.I.C. the shift turning a blind eye to his behavior. I'm unable to concentrate on legal issues due to correctional staff constant harrassment this preliminary Injunction is necessary due to the continued road blocks, keeping me from exercising my constitutional rights under the Due process clause of the fourteenth Amendment

(5)

I PRAY THAT:

This court should grant this order to show cause for a An Preliminary Injunction & A Temporary Restraining order.

(9-11-23)
earl peeples #300873

Moreover chapter 33-208.001(4)(a) No administrator warden, officer-in-charge, supervisor ~~staff~~ or other employee shall Knowingly permit any subordinate, inmate or other person to, nor shall he, Commit any act conduct which would violate any state statute, rule directive or policy statement, The administration and enforcement of all such statutes, rules, directives and policy statement, except as may be otherwise provided herein, shall be a basic responsibility of all administrators, wardens, officers-in-charge and supervisors.

These are the rules violated by the staffs at Charlotte Correctional Institution.